UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MERRILL MORTENSON, | ) |
| Plaintiff. | ) |
| vs. | ) Case No. 4:08-CV-1325 CDP |
| LAWRENCE COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## ORDER OF TRANSFER

**IT IS HEREBY ORDERED** that the instant complaint is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1406 (a).

Dated this 23rd day of September, 2008.

_____
**UNITED STATES DISTRICT JUDGE**